**Order entered June 7, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00487-CV

### KAREN MISKO, Appellant

### V.

### TRACY JOHNS, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01844-2013**

## ORDER

Before the Court is appellant's June 6, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **July 11, 2018**.


/s/      DAVID EVANS
JUSTICE